

No. 17–0082/AR.  U.S. v. Walter L. Graham, Jr.  CCA 20150364.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 17–0099/AR.  In Re Timothy B. Hennis.  On consideration of the petition for extraordinary relief in the nature of a writ of mandamus or other appropriate writ, and Petitioner's motion to stay proceedings of the United States Army Court of Criminal Appeals pending petition for extraordinary writ, it is ordered that said motion is hereby denied, and said petition is hereby denied without prejudice to raising the issues asserted during the course of normal appellate review.

No. 16–0727/AF.  U.S. v. James W. Richards IV.  CCA 38346.  On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

   I.  WHETHER THE PANEL OF AFCCA THAT HEARD APPELLANT'S CASE WAS IMPROPERLY CONSTITUTED.

  II.  WHETHER THE 9 NOVEMBER 2011 SEARCH AUTHORIZATION WAS OVERBROAD IN FAILING TO LIMIT THE DATES OF THE COMMUNICATIONS BEING SEARCHED, AND IF SO, WHETHER THE ERROR WAS HARMLESS.

Briefs will be filed under Rule 25 on Issue II only.

No. 17–0063/AF.  U.S. v. Jerry C. Harrison.  CCA 38745.  On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

    WHETHER THE MILITARY JUDGE ERRED BY INSTRUCTING THE MEMBERS, "IF BASED ON YOUR CONSIDERATION OF THE EVIDENCE, YOU ARE FIRMLY CONVINCED THAT THE ACCUSED IS

---

\*  It is noted that the decision of the United States Army Court of Criminal Appeals incorrectly summarized the findings.  The lower court stated that Appellant pleaded guilty to four specifications of forcibly sodomizing his stepdaughter.  Actually, Appellant pleaded guilty to, and was convicted of, three specifications of forcible sodomy.